UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-24505-CIV-UNGARO

SANDRA P. RENDON,

    Plaintiff,

v.

SOUTH DADE CHAMBER OF
COMMERCE, INC.,
and KERRY BLACK, individually,

    Defendants,
_____/

**ORDER GRANTING JOINT MOTION TO**
**APPROVE THE PARTIES' FLSA SETTLEMENT**

**THIS CAUSE** came before the Court upon the Parties' Joint Motion for Entry of Order Approving FLSA Settlement and Stipulation to Dismiss Case with Prejudice (D.E. 28), and the Court, having reviewed the Parties' Motion and the file in this cause, having noted the agreement of the Parties and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Parties' settlement is hereby **APPROVED**. The Motion, D.E. 28, is **GRANTED.** It is further ordered that this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the Parties' settlement, should such enforcement become necessary, for seven (7) days after entry of this Order.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida this __26th___ day of March 2021.

                                                      _____
                                                      THE HONORABLE URSULA UNGARO
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record